<u>IN THE UNITED STATES DISTRICT COURT</u>

<u>FOR THE DISTIRCT OF COLUMBIA</u>

SANJEEV MALHOTRA, *pro-se*

   Plaintiff

vs.                                    *Civil Action No.:*       08-00470 (RBW)

GREGORY M. RYAN and RENU K. RYAN

  and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

   Defendant

<u>EMERGENCY REQUEST</u>

<u>FOR THE TEMPORARY RESTRAINING ORDER</u>

Now comes, Sanjeev Malhotra, *pro-se* Plaintiff, and files this Emergency Request For The Temporary Restraining Order against the enforcement of child support order of 21st November 2005 of Circuit Court for Maryland in Frederick County, Maryland upon misrepresentation by the Defendant to various agencies to include the Department of Social Services (DSS), and the subsequent earnings withholding order (EWO) based upon the said erroneous child support order, and that the Plaintiff's Memorandum and Points of Authority to Support the TRO was filed on March 19, 2008 and in support thereof, states as follows:

1

1. That the simultaneously filed attached Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order is self-explanatory.

2. That the Plaintiff has NOT received any response from the DSS, Frederick County, Maryland till date that may have been filed to this Honorable US Court to the courtesy copy of notice sent to them by the Plaintiff on or about March 14, 2008, and that is almost six (6) weeks, and therefore, the Plaintiff is requesting the issuance of the Temporary Restraining Order before May 1, 2008.

I affirm under the laws of the United States of America that the statements made herein are true to the best of my knowledge and belief.

April 23, 2008

Respectfully submitted by:    *SANJEEV MALHOTRA*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

Home Phone: (301) 865-3474


### CERTIFICATE OF SERVICE

That on this _____ day of April 2008, I have included the aforesaid Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order with the already issued Summons to be served upon the Defendant within 120 days of the simultaneous filing of the actual Complaint and the TRO on March 19, 2008.

Signed by:    *Sanjeev*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTIRCT OF COLUMBIA

SANJEEV MALHOTRA, *pro-se*

   Plaintiff

     vs.                                *Civil Action No.:*     08-00470 (RBW)

GREGORY M. RYAN and RENU K. RYAN

  and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

   Defendant

SUPPLEMENT to PLAINTIFF'S MEMORANDUM AND POINTS OF AUTHORITY

TO SUPPORT THE TEMPORARY RESTRAINING ORDER

Now comes, Sanjeev Malhotra, *pro-se* Plaintiff, and files this Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order against the enforcement of child support order of 21st November 2005 of Circuit Court for Maryland in Frederick County, Maryland upon misrepresentation by the Defendant to various agencies to include the Department of Social Services (DSS), and the subsequent earnings withholding order (EWO) based upon the said erroneous child support order, and that the Plaintiff's Memorandum and Points of Authority to Support the TRO was filed on March 19, 2008 and in support thereof, states as follows:

1

1. That the attached sworn and notarized AFFIDAVIT dated April 21st, 2008 confirms that the DSS of Frederick County, Maryland has NOT timely conducted any investigation NOR has the Plaintiff received till date any "notice of investigation Results" from the DSS.

2. That the letter from the US Department of the Treasury that is attached to my sworn and notarized AFFIDAVIT, shows that the "Interception of My Federal Income Tax Refund", in an amount of Six Hundred and Fifty-Nine Dollars ($659.00) on or about November 23, 2007, which was three (3) days earlier than the Notice sent by the US Department of the Treasury's Internal Revenue Service (IRS) on or about November 26, 2007 about modifying his federal tax return (copy is in papers filed to this Court in March 2008) was done without any prior notification to the Plaintiff by either the DSS or the US Department of the Treasury.

3. That with the new Economic Stimulus Act of 2008 signed into law by President Bush in mid-March 2008, the US Department of the Treasury's IRS would be mailing out payments to all taxpayers starting in May 2008 based on the year 2007 federal taxes withheld, and that the Plaintiff, therefore, requests this Honorable US Court to immediately issue a temporary RESTRAINING ORDER to NOT have the Plaintiff's federal taxes for year 2007 be withheld by the IRS based upon the DSS's arbitrary, erroneous and capricious request to the US Department of the Treasury in year 2007 for withholding the aforesaid amount of Six Hundred and Fifty-Nine Dollars ($659.00) from the Plaintiff's year 2006 federal tax refund.

4. That the Plaintiff has NOT received any response from the DSS, Frederick County, Maryland till date that may have been filed to this Honorable US Court to the courtesy copy of notice sent to them by the Plaintiff on or about March 14, 2008.

I affirm under the laws of the United States of America that the statements made herein are true to the best of my knowledge and belief.

April 23, 2008

Respectfully submitted by:

*Sanjeev Malhotra*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

Home Phone: (301) 865-3474

## CERTIFICATE OF SERVICE

That on this _____ day of April 2008, I have included the aforesaid Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order with the already issued Summons to be served upon the Defendant within 120 days of the simultaneous filing of the actual Complaint and the TRO on March 19, 2008.

Signed by: *Sanjeev*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

3

## AFFIDAVIT IN SUPPORT OF NON-RECEIPT OF "Notice of Investigation Results" from the Dept. of Social Services (DSS), Child Support Enforcement (CSE) Unit

I, Sanjeev Malhotra, hereby depose and say:

1. That I am over the age of eighteen years and have personal knowledge of the facts and matters set forth herein.

2. That I have NOT received a "Notice of Investigation Results" from the Department of Social Services (DSS), Child Support Enforcement (CSE) Unit of Frederick County, Maryland until today in response to ALL of my timely filed Notices of APPEAL to the DSS for an Earnings Withholding Order (EWO) as described hereunder:

   (a)   That I had timely filed my Notice of APPEAL of an EWO to the DSS per my letter dated July 8, 2007 in response to DSS's Notice dated June 8, 2007 that was mailed/post marked on June 12, 2007 and received by me on or about June 15, 2007, alongwith my follow-up letters to DSS dated July 15, 2007 and July 22, 2007;

   (b)   That I had timely filed my Notice of APPEAL of an Amended EWO to the DSS per my letter dated July 29, 2007 in response to the DSS's Notice dated June 29, 2007 and my follow-up letter to DSS dated August 9, 2007;

   (c)   That I had timely filed my Notice of APPEAL of an EWO for year 2008 to the DSS per my letter dated February 28, 2008 in response to the DSS's Notice dated January 30, 2008.

3. That I hereby attach a copy of the letter from the US Department of the Treasury, Financial Management Service stating that "THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS" and showing the Withholding of my US Federal Tax Refund in an amount of Six Hundred and Fifty-Nine Dollars ($659.00) that was deducted on or about "11/23/07", i.e., deducted on or about "November 23rd, 2007" with NO PRIOR NOTICE given to me by the DSS and/or the US Department of the Treasury.

I solemnly affirm under the penalties of perjury that the matters set forth herein are true to the best of my knowledge, information and belief.

*[Signature]*
DEBORA L. TURNER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #306034
My Commission Expires Aug. 31, 2009

*[Signature]*
Sanjeev Malhotra
r/o 3484 Augusta Drive
Ijamsville, MD. 21754-9027
Date: April 21, 2008

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear   SANJEEV MALHOTRA:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| CHILD SUPPORT ENFORCEMENT UNIT | TIN Num: 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 |
| FREDERICK COUNTY DSS/CSE | TOP Trace Num: A41756415 |
| P.O. BOX 237 | Acct Num: 218967025 |
| FREDERICK, MD 21705 | Amount This Creditor:     $659.00 |
| | Creditor: 02     Site: MD |

**(800) 332-6347**
PURPOSE: Child Support

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   SANJEEV MALHOTRA
PAYMENT BEFORE REDUCTION:        $965.00           PAYMENT DATE: 11/23/07
TOTAL AMOUNT OF THIS REDUCTION:        $659.00      PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Internal Revenue Service
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:     0000000020 A417564152189670250004331 9187 TAX-P01SANJ000020
                           4500 05089888 20184904 I30 0MALH ANDOVERTAX REFUND

RC0506

