IN THE UNITED STATES DISTRICT COURT

FOR THE DISTIRCT OF COLUMBIA

SANJEEV MALHOTRA, *pro-se*

   Plaintiff

vs.                             Civil Action No.:     08-00470 (RBW)

GREGORY M. RYAN and RENU K. RYAN

  and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

   Defendant

EMERGENCY REQUEST #2

FOR THE TEMPORARY RESTRAINING ORDER

Now comes, Sanjeev Malhotra, *pro-se* Plaintiff, and files this Emergency Request For The Temporary Restraining Order against the enforcement of child support order of 21st November 2005 of Circuit Court for Maryland in Frederick County, Maryland upon misrepresentation by the Defendant to various agencies to include the Department of Social Services (DSS), and the subsequent earnings withholding order (EWO) based upon the said erroneous child support order, and that the Plaintiff's Memorandum and Points of Authority to Support the TRO was filed on March 19, 2008 and in support thereof, states as follows:

RECEIVED
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1. That the simultaneously filed attached Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order is self-explanatory.

2. That the Plaintiff has NOT received any response from the DSS, Frederick County, Maryland till date that may have been filed to this Honorable US Court to the courtesy copy of Notice sent to the DSS by the Plaintiff on or about March 14, 2008, and that is almost eight (8) weeks, and therefore, the Plaintiff is requesting the issuance of the Temporary Restraining Order (TRO) as soon as possible now, since it is after May 1st, 2008.

I affirm under the laws of the United States of America that the statements made herein are true to the best of my knowledge and belief.

May 6, 2008

Respectfully submitted by:      *[signature: Sanjeev Malhotra]*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

Home Phone: (301) 865-3474

### CERTIFICATE OF SERVICE

That on this _____ day of May 2008, I have included the aforesaid Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order with the already issued Summons to be served upon the Defendant within 120 days of the simultaneous filing of the actual Complaint and the TRO on March 19, 2008.

Signed by:      *[signature: Sanjeev]*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTIRCT OF COLUMBIA

SANJEEV MALHOTRA, *pro-se*

   Plaintiff

      vs.                               *Civil Action No.:*     08-00470 (RBW)

GREGORY M. RYAN and RENU K. RYAN

 and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

   Defendant

SUPPLEMENT #2 to PLAINTIFF'S MEMORANDUM AND POINTS OF AUTHORITY

TO SUPPORT THE TEMPORARY RESTRAINING ORDER

Now comes, Sanjeev Malhotra, *pro-se* Plaintiff, and files this Supplement #2 to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order against the enforcement of child support order of 21st November 2005 of Circuit Court for Maryland in Frederick County, Maryland upon misrepresentation by the Defendant to various agencies to include the Department of Social Services (DSS), and the subsequent earnings withholding order (EWO) based upon the said erroneous child support order, and that the Plaintiff's Memorandum and Points of Authority to Support the TRO was filed on March 19, 2008 and in support thereof, states as follows:

RECEIVED
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1. That the attached sworn and notarized AFFIDAVIT dated May 5th, 2008 confirms that <u>the Plaintiff received the letter referenced below as well as his Reduced 2006 Federal Tax Refund very late in the first week of March 2008</u> even though the letter explaining the withholding of the Plaintiff's 2006 Tax Refund is dated November 23, 2007.

2. That the letter from the US Department of the Treasury that is attached to my sworn and notarized AFFIDAVIT, shows that the <u>"Interception of My Federal Income Tax Refund"</u>, in an amount of Six Hundred and Fifty-Nine Dollars ($659.00) on or about November 23, 2007, which was three (3) days earlier than the Notice sent by the US Department of the Treasury's Internal Revenue Service (IRS) on or about November 26, 2007 about modifying his federal tax return (copy is in papers filed to this Court in March 2008) was done without any prior notification to the Plaintiff by either the DSS or the US Department of the Treasury.

3. That with the new Economic Stimulus Act of 2008 signed into law by President Bush in mid-March 2008, the US Department of the Treasury's IRS has already started mailing out payments to all taxpayers starting on or about Monday, April 28, 2008 based on the year 2007 federal taxes withheld, and that the Plaintiff, therefore, requests this Honorable US Court to immediately issue a Temporary Restraining Order (TRO) to NOT have the Plaintiff's federal taxes for year 2007 be withheld by the IRS based upon the DSS's arbitrary, erroneous and capricious request to the US Department of the Treasury in year 2007 for withholding the aforesaid amount of Six Hundred and Fifty-Nine Dollars ($659.00) from the Plaintiff's year 2006 federal tax refund.

4. That the Plaintiff has NOT received any response from the DSS, Frederick County, Maryland till date that may have been filed to this Honorable US Court to the courtesy copy of Notice sent to the DSS by the Plaintiff on or about March 14, 2008.

I affirm under the laws of the United States of America that the statements made herein are true to the best of my knowledge and belief.

May 6, 2008

Respectfully submitted by:

*Sanjeev Malhotra*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

Home Phone: (301) 865-3474

## CERTIFICATE OF SERVICE

That on this _____ day of May 2008, I have included the aforesaid Supplement to the Plaintiff's Memorandum and Points of Authority to Support the Temporary Restraining Order with the already issued Summons to be served upon the Defendant within 120 days of the simultaneous filing of the actual Complaint and the TRO on March 19, 2008.

Signed by:    *Sanjeev*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

3

## AFFIDAVIT IN SUPPORT OF THE LATE RECEIPT OF "2006 Federal Tax Refund" from the Internal Revenue Service (IRS), US Dept. of Treasury

I, Sanjeev Malhotra, hereby depose and say:

1. That I am over the age of eighteen years and have personal knowledge of the facts and matters set forth herein.

2. That I received my "2006 Federal Tax Refund" in the first week of March 2008 even though it is dated on or about November 23rd, 2007, which I Have NOT Been Able to Cash until now as I am still awaiting for an answer from the IRS to my query dated March 10, 2008 sent by me to the IRS, since I do NOT agree with the withholding of my "2006 Federal Tax Refund" in violation of US Laws and US Code WITHOUT ANY PRIOR NOTICE TO ME by Any US Federal Agency.

3. That I hereby attach a copy of the letter from the US Department of the Treasury, Financial Management Service stating that "THIS IS NOT A BILL --- PLEASE RETAIN FOR YOUR RECORDS" and it clearly states that the IRS has Withheld from my "2006 Federal Tax Refund" an amount of Six Hundred and Fifty-Nine Dollars ($659.00) that was deducted on or about "11/23/07", i.e., on or about "November 23rd, 2007" with NO PRIOR NOTICE given to me by anybody, to include the Frederick County, Maryland's Department of Social Services and/or the IRS of the US Department of the Treasury.

I solemnly affirm under the penalties of perjury that the matters set forth herein are true to the best of my knowledge, information and belief.

*Sanjeev Malhotra*
Sanjeev Malhotra
r/o 3484 Augusta Drive
Ijamsville, MD. 21754-9027

Date: May 5, 2008

*[signature]*

DEBORA L. TURNER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #306034
My Commission Expires Aug. 31, 2009

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear   SANJEEV MALHOTRA:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| CHILD SUPPORT ENFORCEMENT UNIT | TIN Num: 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 |
| FREDERICK COUNTY DSS/CSE | TOP Trace Num: A41756415 |
| P.O. BOX 237 | Acct Num: 218967025 |
| FREDERICK, MD 21705 | Amount This Creditor:     $659.00 |
| | Creditor: 02     Site: MD |

**(800) 332-6347**
PURPOSE: Child Support

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:   SANJEEV MALHOTRA
PAYMENT BEFORE REDUCTION:         $965.00          PAYMENT DATE: 11/23/07
TOTAL AMOUNT OF THIS REDUCTION:         $659.00          PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Internal Revenue Service
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:   0000000020 A41756415218967025000433 19187 TAX-P01SANJ000020
                          4500 05089888 20184904 I30 0MALH ANDOVERTAX REFUND

RC0506

