AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sanjeev Malhotra,
pro-se Plaintiff

RECEIVED

**SUMMONS IN A CIVIL CASE**

v.

Gregory M. Ryan and
Renu K. Ryan,
and/or their agents/assignees
AND Dept. of Social Services,
Frederick Co., MD.
Defendant

CASE NUMBER: 08-00470 (RBW)

TO: (Name and address of Defendant)   DIRECTOR, DSS — Mrs. Cleary
Dept. of Social Services (DSS)
100 East All Saints Street
Frederick, MD. 21701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sanjeev Malhotra
3424 Augusta Drive
Ijamsville, MD. 21754-9027

an answer to the amended complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    JUL - 9 2008

CLERK                                          DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 16, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PREM K. MALHOTRA | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent on July 16, 2008 for delivery by PRIORITY MAIL of US Postal Service via Delivery Confirmation No.: 0306-1070-0004-1499-5241 to Defendant's address shown below and delivered to the Defendant on July 17, 2008 at 8:13 AM (Plz. see copy of Track & Confirm Page)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 50 miles @ 58.5 Cents/mile  $29.25 | PRIORITY MAIL = $5.45 | $34.70 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __JULY 18, 2008__   _[signature]_
             Date              Signature of Server

3484 Augusta Dr.
IJAMSVILLE, MD. 21754-9027
Address of Server

Defendant's Address:
Sent Amended Complaint and many other papers to include Temporary Restraining Order, Local Rule 65.1, Supplement Attachments Package, etc. to:

DIRECTOR, DSS - MRS. GORDY
100 EAST ALL SAINTS STREET
FREDERICK, MD. 21701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 1070 0004 1499 5241
Detailed Results:
- Delivered, July 17, 2008, 8:13 am, FREDERICK, MD 21701
- Processed, July 16, 2008, 9:32 pm, DULLES, VA 20199
- Acceptance, July 16, 2008, 6:25 pm, GAITHERSBURG, MD 20898

< Back                    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

US DISTRICT &
2008 AUG -6 PM 4: 21
RECEIVED

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
(Please Print Clearly)

DIRECTOR, DSS - MRS. GORDY
100 EAST ALL SAINTS STREET
FREDERICK, MD. 21701

DELIVERY CONFIRMATION NUMBER: 0306 1070 0004 1499 5241

Postmark
USPS SUBURBAN MD P&DC WINDOW SRVC
JUL 16 2008

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

7/17/2008