AO 440 (Rev. 8/01) Summons in a Civil Action

CLERK
U.S. DISTRICT & BANKRUPTCY COURTS

2008 AUG -6 PM 4:22

RECEIVED

# UNITED STATES DISTRICT COURT

District of Columbia

SANJEEV MALHOTRA,
pro-se Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Gregory M. Ryan and
Renu K. Ryan
and/or their agents/assignees
AND Dept. of Social Services,
Frederick Co., MD.
Defendant

CASE NUMBER: 08-00470 (RBW)

TO: (Name and address of Defendant)

Gregory M. Ryan (formerly of Virginia)
13515 Chaco Court
San Diego, CA. 92129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sanjeev Malhotra
3484 Augusta Drive
Ijamsville, MD. 21754-9027

an answer to the amended complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL - 9 2008
DATE

T. Davis
(By) DEPUTY CLERK

CLERK US DISTRICT & BANKRUPTCY COURTS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

AUG -6 PM 4:22

District of Columbia

RECEIVED

SANJEEV MALHOTRA, ~~prose~~ pro se Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Gregory M. Ryan and Renee K. Ryan and/or their agents/assignees AND Dep't of Social Services, Frederick Co., MD. Defendant

CASE NUMBER: 08-00470 (RBW)

TO: (Name and address of Defendant)

Renee K. Ryan (formerly of Maryland)
13515 Chaco Court
San Diego, CA. 92129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sanjeev Malhotra
3484 Augusta Drive
Ijamsville, MD. 21754-9097

an answer to the amended complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUL - 9 2008

DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

US DISTRICT & BANKRUPTCY COURTS
2008 AUG -6 PM 4:21
RECEIVED

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JULY 16, 2008 |
|---|---|
| NAME OF SERVER (PRINT) PREM K. MALHOTRA | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Sent on JULY 16, 2008 for delivery by EXPRESS MAIL OF US POSTAL SERVICE Via Delivery Confirmation No. EH-179237984-US to Defendant's address shown below and delivered to the Defendant on JULY 17, 2008 at 10.20 AM (PLZ. see Copy of TRACK & CONFIRM Page)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $29.25 = 50 miles @ 58.5 cents/mile | EXPRESS MAIL = $16.25 | $45.75 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JULY 18, 2008
Date

[signature]
*Signature of Server*

3484 Augusta Dr.
IJAMSVILLE, MD. 21754-9027
*Address of Server*

Defendant's Address:

Sent Amended complaint and many other papers to include Temporary Restraining Order, Local Rule 65.1, Supplement Attachments Package, etc. to:

GREGORY M. RYAN
RENU K. RYAN
13515 CHACO COURT
SAN DIEGO, CA. 92129

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Track & Confirm FAQs

2008 AUG -6 PM 4:21

RECEIVED

# Track & Confirm

## Search Results

Label/Receipt Number: EH17 9237 984U S
Detailed Results:

- Delivered, July 17, 2008, 10:20 am, SAN DIEGO, CA 92129
- Arrival at Unit, July 17, 2008, 8:45 am, SAN DIEGO, CA 92129
- Processed, July 17, 2008, 6:35 am, SAN DIEGO, CA 92186
- Acceptance, July 16, 2008, 6:23 pm, GAITHERSBURG, MD 20898
- Processed, July 16, 2008, 6:13 pm, GAITHERSBURG, MD 20898

< Back   Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >

Proof of Delivery

Verify who signed for your item by email, fax, or mail. Go >

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EH 179237984 US

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 91206 | ☐ Next ☑ 2nd ☐ 2nd Del. Day | $ 16.50 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 7 16 08 (Mo. Day Year) | Month Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 613 ☐ AM ☑ PM | ☑ Noon ☐ 3 PM | $ / $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 16.50 |
| Flat Rate ☐ or Weight lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☑ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

[handwritten sender name and address, MD 21754]

TO: (PLEASE PRINT) PHONE ( )

[handwritten addressee name and address, SAN DIEGO, CA]

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

7/17/2008