<u>IN THE UNITED STATES DISTRICT COURT</u>

<u>FOR THE DISTIRCT OF COLUMBIA</u>

SANJEEV MALHOTRA, *pro-se*

Plaintiff

VS.                              Civil Action No.:    08-00470  (RBW)

GREGORY M. RYAN and RENU K. RYAN

and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

Defendant

<u>EMERGENCY MOTION FOR ISSUANCE OF JUDGMENT IN FAVOR OF</u>

<u>PLAINTIFF FOR DEFENDANT'S FAILURE TO FILE A TIMELY RESPONSE</u>

Now comes, Sanjeev Malhotra, *pro-se* Plaintiff, and files this Emergency Motion for Issuance of Judgment in Favor of Plaintiff for Defendant's Failure to File a Timely Response, and in support thereof, states as follows:

1. That the Defendant was served, by a third party, with the Summons issued by this Court's Clerk and the Amended Complaint and many other papers, using the United States Postal Service (USPS hereinafter) on July 16, 2008 via USPS's Delivery Confirmation services as shown in the 'RETURN OF SERVICE' forms being filed to this Honorable Court

herewith; and that the delivery of the summons and amended complaint plus other papers was made to the Defendant on July 17, 2008 as shown in USPS's Track & Confirm forms attached to the signed and filled 'RETURN OF SERVICE' forms.

2. That a reply was due within twenty (20) days on or before August 6, 2008 exclusive of the day of service as noted in the Summons, and that upon confirmation with the Clerk of this Court on August 6, 2008 afternoon around 2:00 PM (per Ms. Terri in Operations Division), NO answer was filed by the Defendant until then.

3. That the *pro-se* Plaintiff seeks a default judgment under Federal Rule 55 awarding to the Plaintiff the costs of bringing this suit, actual excessive child support payments made by the Plaintiff to the Defendant, costs of defending the Plaintiff in Circuit Courts based on the Defendant misleading the Circuit Court and other government agencies, and the reimbursement of interest and other fees paid by the Plaintiff to pay the Defendant excessive amounts fraudulently obtained by the Defendant under false pretenses, and punitive damages requested in the Amended Complaint against the Defendant individually and severally for their failure to file a timely response.

4. That the *pro-se* Plaintiff prays to this Honorable US District Court to stay the implementation of the previously mentioned Circuit Court Order dated November 21, 2005 on child support matters and all further Orders based upon it till date, since the November 21, 2005 Order was knowingly, maliciously and fallaciously obtained by the Defendant using falsity and/or false pretenses to obtain chattel and/or <u>receive money fraudulently from the Plaintiff</u>.

5. That the *pro-se* Plaintiff seeks that the Defendant be penalized to include sentencing to prison and be held in contempt of court for violating the laws of the United States and knowingly misleading Courts and state/federal government agencies to obtain chattel and/or money fraudulently from the Plaintiff.

6. That the *pro-se* Plaintiff requests this Honorable US District Court to Order the Defendant to immediately provide copies of the Defendant's notarized W-2 statements and federal and state tax returns for years 2003, 2004, 2005, 2006 and 2007 to ascertain the actual amounts of gross income so that the actual excessive payments can be calculated according to the federal uniform child support guidelines; and if the Defendant fail to provide the same, the honorable Court should sign the DSICOVERY requests of the Plaintiff pending with this Honorable Court to allow actual computations and impose appropriate sanctions against the Defendant.

7. That the *pro-se* Plaintiff seeks that the Defendant should be ordered, to include the DSS, to Not enforce any order from November 21, 2005 until date in the matter of child support and visitation that have been obtained fraudulently by the Defendant.

8. That the *pro-se* Plaintiff seeks additional time to submit the actual costs of litigation and other damages in the form of excessive payments made by the Plaintiff to the Defendant as described above.

Wherefore the *pro-se* Plaintiff prays this Honorable Court to :

(1) Issue an Order of default judgment in favor of the Plaintiff against the Defendant individually and severally in an amount of atleast

Ten Million Dollars for punitive damages plus the actual costs requested above for this litigation, and the Plaintiff's costs of defending against the Defendant's fraudulent actions to obtain chattel and or money under false pretenses, and the Plaintiff's excessive child support payments to the Defendant, and the interest and fees paid by the Plaintiff to obtain loans to pay the Defendant for misleading the Circuit Court and other government agencies;

(2) Issue an order for the Defendant to show cause why the Defendant should not be penalized and imprisoned for its/their acts of misrepresentation and willfully misleading the various governmental agencies and tarnishing the *pro-se* Plaintiff's professional image and character through the Defendant's unreasonable actions described above;

(3) Order the Defendant to reimburse to the *pro-se* Plaintiff a sum equal to the actual costs of litigation of child support matter plus the child support amounts due to the Plaintiff with interest and penalties plus any overpayments of child support made by the Plaintiff and reimbursement of interest and fees on loans secured by Plaintiff to make those overpayments to the Defendant and the punitive damages of Ten Million Dollars for pain, suffering and

humiliation suffered by the *pro-se* Plaintiff at the hands of the Defendant;

(4) Order a jury trial and schedule it as soon as possible, if deemed necessary;

(5) Issue a stay against the erroneous child support order of November 2005 and all other orders based upon it till date so that the erroneous child support order issued by the Circuit Court for the State of Maryland until at least this matter is adjudicated, and order a dismissal of all the erroneous orders;

(6) Order both parties to file their worksheets for a correct computation of the child support amounts from year 2004 onwards and for years 2005, 2006, 2007 and 2008 based on the W-2 and other income related information of both the parties using uniform child support guidelines to include shared physical custody;

(7) Order the Defendant and the Defendant's agents/assignees to cooperate and provide the appropriate information to the *pro-se* Plaintiff and to this Court without delays, to include notarized copies of W-2 statements and federal/state tax returns for years 2003, 2004, 2005, 2006 and 2007, otherwise they are to held in contempt of this Court and penalties imposed upon them;

(8) Order the DSS/DHR to determine correct child support using the uniform child support guidelines and gross income of both parents and use correct Worksheets based on the visitation in past years to determine child support amount;

(9) Order the imposition of appropriate financial and criminal penalties to include imprisonment and suspension of regulated licenses upon the Defendant for their misrepresentations and/or failure to follow the laws, orders, code and regulations;   and

(10) Grant any other relief to the *pro-se* Plaintiff it deems fit for this cause by adding it in the attached Draft Order for this Honorable Court's consideration.

I affirm under the laws of the United States of America that the statements made herein are true to the best of my knowledge and belief.

August 6, 2008

Respectfully submitted by:

*/s/ Sanjeev Malhotra*

SANJEEV MALHOTRA

3484 Augusta Drive

Home Phone: 301-865-3474

IJAMSVILLE, MD. 21754-9027

## CERTIFICATE OF SERVICE

That on this sixth day of August 2008, I have mailed a copy, postage pre-paid, by first class mail, of the aforesaid Emergency Motion for Issuance of Judgment in Favor of Plaintiff for Defendant's Failure to File a Timely Response to the Defendant as follows:

(a) Gregory M. Ryan   (formerly of Virginia)
    Renu K. Ryan   (formerly of Maryland)
    13515 Chaco Court
    San Diego, CA.  92129

(b) DSS Director --- Mrs. Gordy
    Department of Social Services (DSS)
    100 East All Saints Street
    Frederick, MD. 21701

Signed by:       *[signature]*

SANJEEV MALHOTRA

3484 Augusta Drive

IJAMSVILLE, MD. 21754-9027

<u>IN THE UNITED STATES DISTRICT COURT</u>

<u>FOR THE DISTIRCT OF COLUMBIA</u>

SANJEEV MALHOTRA, *pro-se*

Plaintiff

VS.                    Civil Action No.:    08-00470  (RBW)

GREGORY M. RYAN and RENU K. RYAN

and/or their Agents/Assignees

AND Dept of Social Services, Frederick Co., MD

Defendant

<u>ORDER</u>

That based on the Plaintiff's Amended Complaint and other pleadings, and no/any responses received, if any, it is this _____ day of _____, 2008, by the US District Court for the District Of Columbia (DC), it is hereby

ORDERED that a default judgment in favor of the Plaintiff against the Defendant individually and severally in an amount of atleast Ten Million Dollars for punitive damages plus the actual costs requested above for this litigation, and the Plaintiff's costs of defending against the Defendant's fraudulent actions to obtain chattel and or money under false pretenses, and the Plaintiff's excessive

child support payments to the Defendant, and the interest and fees paid by the Plaintiff to obtain loans to pay the Defendant for misleading the Circuit Court and other government agencies;   and it is further

ORDERED that the Defendant is given ten days from the date of this Order to show cause why the Defendant should not be penalized and imprisoned for its/their acts of misrepresentation and willfully misleading the various governmental agencies and tarnishing the *pro-se* Plaintiff's professional image and character through the Defendant's unreasonable actions described above; and it is further

ORDERED that the Defendant is to reimburse to the *pro-se* Plaintiff a sum equal to the actual costs of litigation of child support matter plus the child support amounts due to the Plaintiff with interest and penalties plus any overpayments of child support made by the Plaintiff and reimbursement of the interest and fees on loans secured by Plaintiff to make those overpayments to the Defendant and the punitive damages of Ten Million Dollars for pain, suffering and humiliation suffered by the *pro-se* Plaintiff at the hands of the Defendant;   and it is further

ORDERED that the erroneous child support order of November 21, 2005 and all other orders based upon it till date are hereby STAYED until this matter is finally adjudicated and no government agency is to enforce these Orders ; and it is further

ORDER—page 2

ORDERED that the Defendant and the Plaintiff should file their child support worksheets to this Court for a correct computation of the child support amounts from year 2004 onwards and for years 2005, 2006, 2007 and 2008 based on the W-2 and other income related information of both the parties using uniform child support guidelines to include shared physical custody;    and it is further

ORDERED that the Defendant and the Defendant's agents/assignees must cooperate and provide the appropriate information to the *pro-se* Plaintiff and to this Court without delays within fifteen days of this Order, to include notarized copies of W-2 statements and federal/state tax returns for years 2003, 2004, 2005, 2006 and 2007, otherwise they are to held in contempt of this Court and penalties imposed upon them;    and it is further

ORDERED that the DSS/DHR is to determine correct child support using the uniform child support guidelines and gross income of both parents and use correct Worksheets based on the visitation in past years to determine child support amount and file them to this Court within fifteen days of this Order;

ORDERED that the imposition of appropriate financial and criminal penalties to include imprisonment and suspension of regulated licenses upon the Defendant for their misrepresentations and/or failure to follow the laws, orders, code and regulations;    and it is further

ORDER — page 3

ORDERED that the *pro-se* Plaintiff is granted additional time of fifteen days from the date of this Order to submit the amounts of various costs of damages sought by the Plaintiff.

_____
JUDGE
US District Court for the District of Columbia (DC)

ORDER-page 4