IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANJEEV MALHOTRA,<br>      Plaintiff<br><br>v.<br><br>GREGORY M. RYAN,<br>RENU K. RYAN,<br>and<br>Frederick County<br>Department of Social Services<br>100 East All Saints Street<br>Frederick, Maryland 21701<br><br>      Defendants. | *<br>*<br>*<br>*  Civil Action No.08-CV-00470<br>   (RBW)<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO EMERGENCY MOTION FOR ISSUANCE OF JUDGMENT IN FAVOR OF PLAINTIFF FOR DEFENDANT'S FAILURE TO FILE A TIMELY RESPONSE**

Defendant Frederick County Department of Social Services ("FCDSS"), by and through its undersigned counsel, files this Response, and in support states as follows:

1. FCDSS again asserts, as it does in its previously filed Motion to Dismiss, that this Court is without jurisdiction or venue to hear this action. Without waiving these defenses, FCDSS files this Response.

2. Paragraph One appears to apply to the *pro se* Defendants, but to the extent it applies to FCDSS, the allegation is denied. FCDSS was served on July 17, 2008 and filed a responsive pleading on August 6, 2008.

3. FCDSS admits that its responsive pleading was due on August 6, 2008 but lacks knowledge or information sufficient to admit or deny the remainder of Paragraph Two.

4. FCDSS denies any allegations against it in Paragraph Three and further avers that Defendant is not entitled to a default judgment as to FCDSS since it has filed a timely responsive pleading.

5. FCDSS denies any allegations against it in Paragraph Four and further avers that there are no grounds to grant the relief requested in Paragraph Four.

6. Although Paragraph Five appears to apply solely to the *pro se* Defendants, to the extent any allegations apply to FCDSS they are denied.

7. FCDSS denies any allegations against it in Paragraph Six and further avers that there are no grounds to grant the relief requested in Paragraph Six.

8. FCDSS denies any allegations against it in Paragraph Seven and further avers that there are no grounds to grant the relief requested in Paragraph Seven.

9. FCDSS denies any allegations against it in Paragraph Eight and further avers that there are no grounds to grant the relief requested in Paragraph Eight.

For the reasons stated, this motion should be denied as to Defendant Frederick County Department of Social Services.

                              Respectfully submitted,

                              DOUGLAS F. GANSLER
                              Attorney General

                              /s/_____
                              BRADLEY J. NEITZEL
                              Assistant Attorney General
                              311 West Saratoga Street, Suite 1015
                              Baltimore, Maryland 21201
                              (410) 767-7726

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2008, a copy of the foregoing was served, via first-class mail, postage prepaid, upon Sanjeev Malhotra, 3484 Augusta Drive, Ijamsville, MD 21754-9027.

                              /s/_____
                              Bradley J. Neitzel